# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Susan Rurup Lyles | 10–01300 |
| Debtor(s) | |

## NOTICE AND ORDER RE: INCOMPLETE FILING

NOTICE IS HEREBY GIVEN that on May 11, 2010, a pleading was filed in the above referenced case containing the following deficiency:

**Unfiled Schedules and Other Documents**

| | | |
|---|---|---|
| ☐ Schedule A | ☐ Schedule B | ☐ Schedule D |
| ☐ Schedule E | ☐ Schedule F | ☐ Schedule G |
| ☐ Schedule H | ☐ Schedule I or Corp. Equivalent | ☐ Schedule J or Corp. Equivalent |
| ☑ Payment Advices (Debtor) | ☐ Credit Counseling Certificate (Debtor) | ☐ Exhibit D (Debtor) |
| ☐ Payment Advices (Jt. Debtor) | ☐ Credit Counseling Certificate (Jt. Debtor) | ☐ Exhibit D (Jt. Debtor) |
| ☐ Statement of Financial Affairs | ☐ Summary of Schedules Page 1 | ☐ Summary of Schedules Page 2 |
| ☐ Exhibit C not attached to petition | ☐ Corporate Ownership Statement | ☐ |
| ☐ Other: | | |

***THEREFORE, IT IS HEREBY ORDERED that:***

Debtor or debtors (hereafter "debtor") shall cure the deficient filing(s) as described in the above no later than 14 days from the filing date of the Petition;

***IT IS FURTHER ORDERED:***

If the filing party fails to cure described deficiencies within the applicable periods, an order dismissing the case or proceeding may be entered without further notice or hearing, unless within the applicable period or periods debtor files a motion to extend the time to cure. A motion to extend time will only be granted on a showing of good cause, and such cause must be stated in the motion. The motion shall be served on the trustee and the United States trustee. If debtor desires a hearing on the motion, it must be requested in the motion and included within the title of the motion.

DATED and ENTERED May 11, 2010

Thad J. Collins
Bankruptcy Judge