IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| SUSAN RURUP LYLES, ) | |
| ) | Bankruptcy No. 10-01300 |
| Debtor(s). ) | |

**ORDER GRANTING APPLICATION FOR WAIVER OF FILING FEE**

Upon consideration of Debtor(s)' Application for Waiver of the Chapter 7 Filing Fee, the Court finds that same should be granted.

**WHEREFORE**, Debtor(s)' Application for Waiver of the Chapter 7 Filing Fee is GRANTED.

**FURTHER**, this determination of IFP status applies to all future filings made in this case by Debtors in which a filing fee is applicable until further notice of the Court removes that authority.

**FURTHER**, this order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

**FURTHER**, if the above captioned case is later deemed an asset case, the Chapter 7 filing fee is to be paid by the Chapter 7 trustee from the assets collected.

**FURTHER**, notice is hereby given to the U.S. Trustee and case trustee that they have 14 days from the date of this order to file an objection.

Dated and Entered: May 13, 2010

_____
Thad J. Collins
Chief Bankruptcy Judge