Access, Incorporated
Box 268
Hampton, IA 50441

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

JUN 0 7 2010

SEAN F. McAVOY
CLERK

~~FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

JUN 0 7 2010

SEAN F. McAVOY
CLERK~~ not filed KB

SUSAN R. LYLES
420 MAPLE ST
SHEFFIELD, IA 50475

| Employee Pay Stub | | Check number: | | | Pay Period: 04/21/2010 - 05/04/2010 | | Pay Date: 05/11/2010 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | SSN | Status (Fed/State) | Allowances/Extra | |
| SUSAN R. LYLES, 420 MAPLE ST, SHEFFIELD, IA 50475 | | | | | ***-**-**** | Single/Single | Fed-0/0/IA-2/0 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Paid Time Off | | YTD Used | Available |
|---|---|---|---|---|---|---|---|---|
| Other staff -regular day | 2.50 | 9.00 | 22.50 | 357.75 | Holiday | | 8.00 | 40.00 |
| Other staff - regular night | 77.50 | 9.00 | 697.50 | 6,183.00 | Vacation | | 29.00 | 3.00 |
| Other staff - overtime night | 10.75 | 13.50 | 145.13 | 1,555.92 | | | | |
| Other staff - overtime day | | | | 324.00 | | | | |
| Other staff - PDOH | | | | 216.00 | | | | |
| Other staff - PDOV | | | | 261.00 | | | | |
| Other Staff-Holiday Pay (1 1/2x | | | | 94.50 | | | | |
| OtherStaff-NT HolidayPy(1 1/... | | | | 162.00 | | | | |
| | | | 865.13 | 9,154.17 | | | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -86.00 | -955.00 |
| Social Security Employee | -53.64 | -567.56 |
| Medicare Employee | -12.55 | -132.74 |
| IA - Withholding | -22.00 | -247.00 |
| | -174.19 | -1,902.30 |
| **Net Pay** | **690.94** | **7,251.87** |

865.13
172
―――
693

Access, Incorporated
Box 268
Hampton, IA 50441

SUSAN R. LYLES
420 MAPLE ST
SHEFFIELD, IA 50475

| Employee Pay Stub | | Check number: | | | | Pay Period: 04/07/2010 - 04/20/2010 | | Pay Date: 04/27/2010 | |
|---|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| SUSAN R. LYLES, 420 MAPLE ST, SHEFFIELD, IA 50475 | | | | | | ***-**-**** | Single/Single | Fed-0/0/IA-2/0 | |
| | | | | | | | | | |
| **Earnings and Hours** | **Qty** | **Rate** | | **Current** | **YTD Amount** | **Paid Time Off** | | **YTD Used** | **Available** |
| Other staff -regular day | 2.00 | 9.00 | | 18.00 | 335.25 | Holiday | | 8.00 | 40.00 |
| Other staff - overtime day | 9.50 | 13.50 | | 128.25 | 324.00 | Vacation | | 29.00 | 3.00 |
| Other staff - regular night | 78.00 | 9.00 | | 702.00 | 5,485.50 | | | | |
| Other staff - overtime night | 9.50 | 13.50 | | 128.26 | 1,410.79 | | | | |
| Other staff - PDOH | | | | | 216.00 | | | | |
| Other staff - PDOV | | | | | 261.00 | | | | |
| Other Staff-Holiday Pay (1 1/2x | | | | | 94.50 | | | | |
| OtherStaff-NT HolidayPy(1 1/... | | | | | 162.00 | | | | |
| | | | | 976.51 | 8,289.04 | | | | |
| **Taxes** | | | | **Current** | **YTD Amount** | | | | |
| Federal Withholding | | | | -103.00 | -869.00 | | | | |
| Social Security Employee | | | | -60.54 | -513.92 | | | | |
| Medicare Employee | | | | -14.16 | -120.19 | | | | |
| IA - Withholding | | | | -28.00 | -225.00 | | | | |
| | | | | -205.70 | -1,728.11 | | | | |
| **Net Pay** | | | | 770.81 | 6,560.93 | | | | |

Access, Incorporated
Box 268
Hampton, IA 50441

SUSAN R. LYLES
420 MAPLE ST
SHEFFIELD, IA 50475

| Employee Pay Stub | | Check number: | | | Pay Period: 03/24/2010 - 04/06/2010 | | Pay Date: 04/13/2010 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| SUSAN R. LYLES, 420 MAPLE ST, SHEFFIELD, IA 50475 | | | | | ***-** | Single/Single | Fed-0/0/IA-2/0 | |
| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | **Paid Time Off** | | YTD Used | Available |
| Other staff - overtime day | 1.50 | 13.50 | 20.25 | 195.75 | Holiday | | 8.00 | 40.00 |
| Other staff - regular night | 80.00 | 9.00 | 720.00 | 4,783.50 | Vacation | | 29.00 | 3.00 |
| Other staff - overtime night | 9.00 | 13.50 | 121.50 | 1,282.53 | | | | |
| Other staff -regular day | | | | 317.25 | | | | |
| Other staff - PDOH | | | | 216.00 | | | | |
| Other staff - PDOV | | | | 261.00 | | | | |
| Other Staff-Holiday Pay (1 1/2x | | | | 94.50 | | | | |
| OtherStaff-NT HolidayPy(1 1/... | | | | 162.00 | | | | |
| | | | 861.75 | 7,312.53 | | | | |
| **Taxes** | | | Current | YTD Amount | | | | |
| Federal Withholding | | | -86.00 | -766.00 | | | | |
| Social Security Employee | | | -53.43 | -453.38 | | | | |
| Medicare Employee | | | -12.49 | -106.03 | | | | |
| IA - Withholding | | | -22.00 | -197.00 | | | | |
| | | | -173.92 | -1,522.41 | | | | |
| **Net Pay** | | | 687.83 | 5,790.12 | | | | |

Access, Incorporated, Box 268, Hampton, IA 50441

Access, Incorporated
Box 268
Hampton, IA 50441

SUSAN R. LYLES
420 MAPLE ST
SHEFFIELD, IA 50475

| **Employee Pay Stub** | | Check number: | | | Pay Period: 05/05/2010 - 05/18/2010 | | Pay Date: 05/25/2010 | |
|---|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** | |
| SUSAN R. LYLES, 420 MAPLE ST, SHEFFIELD, IA 50475 | | | | | ***-** | Single/Single | Fed-0/0/IA-2/0 | |

| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | **Paid Time Off** | **YTD Used** | **Available** |
|---|---|---|---|---|---|---|---|
| Other staff - regular night | 80.00 | 9.00 | 720.00 | 6,903.00 | Holiday | 8.00 | 40.00 |
| Other staff - overtime night | 8.25 | 13.50 | 111.38 | 1,667.30 | Vacation | 29.00 | 3.00 |
| Other staff -regular day | | | | 357.75 | | | |
| Other staff - overtime day | | | | 324.00 | | | |
| Other staff - PDOH | | | | 216.00 | | | |
| Other staff - PDOV | | | | 261.00 | | | |
| Other Staff-Holiday Pay (1 1/2x | | | | 94.50 | | | |
| OtherStaff-NT HolidayPy(1 1/... | | | | 162.00 | | | |
| | | | 831.38 | 9,985.55 | | | |

| **Taxes** | **Current** | **YTD Amount** |
|---|---|---|
| Federal Withholding | -81.00 | -1,036.00 |
| Social Security Employee | -51.54 | -619.10 |
| Medicare Employee | -12.05 | -144.79 |
| IA - Withholding | -20.00 | -267.00 |
| | -164.59 | -2,066.89 |
| **Net Pay** | **666.79** | **7,918.66** |

Access, Incorporated, Box 268, Hampton, IA 50441

Susan R Lyles

Check date: 5/17/2010  Check #: 69258
Period beg: 4/26/2010  Period end: 5/7/2010

| Description | Hours | Amount | | Description | Amount |
|---|---|---|---|---|---|
| Gross Pay #1 | 37.77 | 320.67 | | FICA-SS W/H | 19.88 |
| Overtime | | | | FICA-Med W/H | 4.65 |
| | | | | State W/H | 6.00 |
| | | | | Direct Deposit | 290.14 |
| Total | | 320.67 | | | |
| | | | | Total Withholding | 320.67 |
| | | | | Net Pay | 0.00 |
| Gross Pay #1 | 314.96 | 2,676.35 | | FICA-SS W/H | 165.93 |
| YTD Overtime | | | | FICA-Med W/H | 38.81 |
| | | | | Federal W/H | 1.73 |
| | | | | State W/H | 36.00 |
| | | | | Direct Deposit | 2,433.88 |
| YTD Earnings | | 2,676.35 | | | |
| | | | | YTD Total Deductions | 2,676.35 |
| | | | | YTD Net Pay | 0.00 |

Susan R Lyles
420 Maple St
Sheffield, IA 50475

Susan R Lyles

Check date: 5/3/2010    Check #: 69188
Period beg: 4/12/2010    Period end: 4/23/2010

| Description | Hours | Amount | Description | Amount |
|---|---|---|---|---|
| Gross Pay #1 Overtime | 45.98 | 390.37 | FICA-SS W/H | 24.20 |
| | | | FICA-Med W/H | 5.66 |
| | | | Federal W/H | 1.73 |
| | | | State W/H | 9.00 |
| | | | Direct Deposit | 349.78 |
| Total | | 390.37 | | |
| | | | Total Withholding | 390.37 |
| | | | Net Pay | 0.00 |
| Gross Pay #1 YTD Overtime | 277.19 | 2,355.68 | FICA-SS W/H | 146.05 |
| | | | FICA-Med W/H | 34.16 |
| | | | Federal W/H | 1.73 |
| | | | State W/H | 30.00 |
| | | | Direct Deposit | 2,143.74 |
| YTD Earnings | | 2.355.68 | | |
| | | | YTD Total Deductions | 2,355.68 |
| | | | YTD Net Pay | 0.00 |

Susan R Lyles
420 Maple St
Sheffield, IA  50475

Susan R Lyles

Check date: 4/19/2010  Check #: 69118
Period beg: 3/29/2010  Period end: 4/9/2010

| Description | Hours | Amount | Description | Amount |
|---|---|---|---|---|
| Gross Pay #1 Overtime | 31.13 | 264.61 | FICA-SS W/H | 16.41 |
|  |  |  | FICA-Med W/H | 3.84 |
|  |  |  | State W/H | 3.00 |
|  |  |  | Direct Deposit | 241.36 |
| Total |  | 264.61 |  |  |
|  |  |  | Total Withholding | 264.61 |
|  |  |  | Net Pay | 0.00 |
| Gross Pay #1 YTD Overtime | 231.21 | 1,965.31 | FICA-SS W/H | 121.85 |
|  |  |  | FICA-Med W/H | 28.50 |
|  |  |  | State W/H | 21.00 |
|  |  |  | Direct Deposit | 1,793.96 |
| YTD Earnings |  | 1,965.31 |  |  |
|  |  |  | YTD Total Deductions | 1,965.31 |
|  |  |  | YTD Net Pay | 0.00 |

Susan R Lyles
420 Maple St
Sheffield, IA 50475

Susan R Lyles

Check date: 4/5/2010  Check #: 69049
Period beg: 3/15/2010  Period end: 3/26/2010

| Description | Hours | Amount | Description | Amount |
|---|---|---|---|---|
| Gross Pay #1 | 33.55 | 285.18 | FICA-SS W/H | 17.68 |
| Overtime | | | FICA-Med W/H | 4.13 |
| | | | State W/H | 4.00 |
| | | | Direct Deposit | 259.37 |
| Total | | 285.18 | | |
| | | | Total Withholding | 285.18 |
| | | | Net Pay | 0.00 |
| Gross Pay #1 | 200.08 | 1,700.70 | FICA-SS W/H | 105.44 |
| YTD Overtime | | | FICA-Med W/H | 24.66 |
| | | | State W/H | 18.00 |
| | | | Direct Deposit | 1,552.60 |
| YTD Earnings | | 1,700.70 | | |
| | | | YTD Total Deductions | 1,700.70 |
| | | | YTD Net Pay | 0.00 |

Susan R Lyles
420 Maple St
Sheffield, IA 50475