UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>SUSAN RURUP LYLES,<br><br>              Debtor(s). | CHAPTER 7<br>CASE NO. 10-01300M<br><br>RESPONSE RE APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE |

_____

COMES NOW the undersigned Trustee of the above-entitled estate and states:

1. This case as commenced by the filing of a Voluntary Petition on May 11, 2010.

2. The Debtor filed this case pro se.

3. The Debtor filed an Application for Waiver of the Chapter 7 Filing Fee on May 11, 2010 (hereafter called the "Application").

4. The Debtor's Application states that the Debtor's total combines monthly income is $1,125.00 which agrees with the information reported on Schedule I.

5. The Court granted the Debtor's Application subject to further orders.

6. The Trustee noticed that the Debtor's monthly income is reported on the Debtor's Form B22A, Chapter 7 Statement of Current Monthly Income and Means-Test Calculation.

7. The Section 341 Meeting of Creditors was held on June 7, 2010.

8. At the Meeting of Creditors, the Trustee asked the Debtor about the Schedule I income and the Application, and the apparent discrepancy with the Form B22A income.

9. The Debtor stated that $1,125 was her income from one of her jobs but was not her full monthly income. She stated that she had three (3) jobs and that the bankruptcy petitioner preparer had asked her for the monthly income from the largest paying job and told her that this is the amount to be used in the Application.

10. As a result of either this misunderstanding or bad advice, the Application does not correctly state the Debtor's total monthly income.

11. Despite written requests to the Debtor by the Trustee, the Debtor failed to provide the Trustee with a copy of the Bankruptcy Petition, Statement of Financial Affairs, Schedules and other documents filed by her at the commencement of this case until the Meeting of Creditors. The Debtor stated that she had mailed copies of income tax returns to the Trustee last week, however those tax returns have yet to be received by the Trustee.

12. This response is filed solely to disclose the foregoing.

| | |
|---|---|
| DATED:  June 7, 2010 | /s/ Larry S. Eide<br>Larry S. Eide, Trustee (AT0002317)<br>PO Box 1588<br>Mason City, Iowa 50402-1588<br>Email: eide@pappajohnlaw.com |

## CERTIFICATE OF SERVICE

The undersigned Larry S. Eide certifies that on June 7, 2010, he served a copy of the foregoing document to the debtor, the United States Trustee and other parties having previously requested notice in this case either electronically or by ordinary United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Habbo G. Fokkena<br>United States Trustee<br>225 - 2nd Street SE, Suite 400<br>Cedar Rapids, IA  52401 | Susan Rurup Lyles<br>420 Maple Street<br>Sheffield, IA 50475 |

/s/ Larry S. Eide
Larry S. Eide (AT0002317)